# Court of Appeals
# of the State of Georgia

ATLANTA,   April 26, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1314.  ANGELA BAIR v. STATE AUTO PROPERTY & CASUALTY COMPANY.**

After a car accident, Angela Bair filed suit against three defendants, including State Automobile Property & Casualty Company.  Subsequently, State Auto filed a motion to dismiss based on improper service of process.  The trial court granted that motion, and Bair filed this direct appeal.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment."  (Punctuation and citation omitted.)  *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989).  Here, although the trial court has resolved Bair's claims against State Auto, her claims against Defendant Rosemary Rozelle remain pending.  Therefore, the challenged order is not a final order, and it is appealable only through the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b).  See id.  Because Bair has failed to comply with the interlocutory appeal procedures, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta, 04/26/2013
  I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
  Witness my signature and the seal of said court hereto affixed the day and year last above written.



_____ , Clerk.